UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-09556 |
| | ) | |
| Florentino Diaz, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Deborah L. Thorne |

## NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on December 16, 2020, at 1:30 pm, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne, or any other judge sitting in that judge's place, and present the Debtor's **Motion for Leave to Obtain Credit/Incur Debt for a Car**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is **160 9362 1728**. There is no password. The meeting ID and further information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Florentino Diaz, Debtor(s)

By:___/s/ John J. Ellmann_____

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 2, 2020, at or before 5:00 pm.

/s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Marilyn O. Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Florentino Diaz
9748 S. Woodlawn
Chicago, IL 60628

Nationwide Loans, LLC
10255 W Higgins Road
Suite 300
Rosemont, IL 60018

Chicago Municipal Employees Credit Union
Trunkett & Trunkett, P.C.
20 N. Wacker, Suite 1434
Chicago, IL 60606

HEIGHTS FINANCE CORP
PO BOX 225
ANDERSON, IN 46015

City of Chicago Department of Finance
c/o Arnold Scott Harris
111 W Jackson Ste. 600
Chicago IL. 60604

Ally Financial
PO Box 130424
Roseville MN 55113-0004

LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Speedy Cash
P.O. Box 780408
Wichita, KS 67278

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-09556 |
| | ) | |
| **Florentino Diaz,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Deborah L. Thorne |

### MOTION TO ALLOW DEBTOR LEAVE TO OBTAIN CREDIT/INCUR DEBT TO BUY A CAR

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On March 27, 2017 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Marilyn O. Marshall was appointed Trustee, and the Chapter 13 plan was confirmed on July 5, 2017.

3. The Debtor has almost completed his Chapter 13 plan payments.

4. The Debtor has been relying on public transportation and on rides from friends and co-workers. This has become increasingly difficult and expensive so the Debtor wants to get his own car.

5. The Debtor has made a deal with Motor World, Inc. for the purchase and financing of a 2017 Kia Sportage. He seeks to borrow $21,425.99 at 14.75% APR with 72 monthly payments of $450.15. (Exhibit A)

6. The Debtor can afford this payment schedule because he has fewer than six more Trustee payments to make.

7. This purchase is necessary for the reorganization of the Debtor in that he needs reliable transportation to and from work so he can continue to fund the plan.

8.    No creditors shall be prejudiced by the granting of this motion.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order granting Debtor Leave to Obtain Credit/Incur Debt, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann, A.R.D.C. #6257894

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

Stock Form No. IFI-26 (Rev. 1/20)
Copyright 2020, ILLIANA FINANCIAL, INC. Elmhurst, IL (All Rights Reserved)

Reorder from ILLIANA
1-800-942-

EXHIBIT A

Form No. IFI-26 (Rev. 1/20)

## RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

No. _____

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ N/A |
|---|---|---|---|---|
| 14.75 % | $ 10984.81 | $ 21425.99 | $ 32410.80 | $ 32410.80 |

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 450.15 | monthly beginning 12/21/20 |
| N/A | $ N/A | N/A |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.
See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

### Itemization of Amount Financed

1. Cash Price $ 19215.00
   Less Cash Downpayment $ N/A
   Less Other Downpayment (describe) N/A  $ N/A
   Value of Trade-In
   Trade $ N/A
   Lien Payoff $ N/A
   Net
   To: _____  Trade $ N/A
2. Total Downpayment $ N/A
   (if negative enter "0" and see "Unpaid Balance Due on Trade-In" below)
3. Unpaid Balance of Cash Price $ 19215.00
   Amount Paid to Others for You
   *WE MAY BE RETAINING A PORTION OF THIS AMOUNT
   Unpaid Balance Due on Trade-In $ N/A
   Year, Make, Model of Buyer's Trade-In
   (Paid to) N/A
   Insurance Companies:
   *N/A _____ $ N/A
   *N/A _____ $ N/A
   *N/A _____ $ N/A
   Public Officials (Licenses, Title & Taxes) $ 1910.99
   *Paid to ERT Service Provider for Optional ERT Fee $ N/A
   Other Charges (describe)
   *To N/A _____ $ N/A
   *To N/A _____ $ N/A
   *To N/A _____ $ N/A
   *To N/A _____ $ N/A
   *To N/A _____ $ N/A
   *To N/A _____ $ N/A
   *To DOC FEE $ 300.00
4. Total Other Charges & Amount Paid to Others for You $ 2210.99
5. Amount Financed (3 + 4) $ 21425.99

Buyer(s) FLORENTINO DIAZ
(Names)
9740 S WOODLAWN, CHICAGO, IL 60628
(Address) (City) (State) (Zip)

Buyer(s) _____
(Names)
_____
(Address) (City) (State) (Zip)

Seller Motor World, Inc.
(Corporate Firm or Trade Name)
550 Roosevelt Rd., Glen Ellyn, IL, 60137
(Business Address) (City) (State) (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes. ☐
The vehicle will be used primarily for personal, family, household or agricultural purposes.

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2017 | KIA | SPORTAGE | SUV | 4 | KNMADLEUD5D7SEBES | BRN | 39500 | N/A |

Buyer Promises to pay to the order of Seller at the offices of: _____ (Assignee) located in _____ 14.75 %

The Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of _____, beginning on December 21 2020 per annum from date until maturity in 71 installments of $ 450.15 each and a final installment of $ 450.15 and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein. Herein, Holder means the motor vehicle retail Seller, sales finance agency, or any other Assignee that purchases or makes a loan upon the security of this retail installment contract.

**ILLINOIS NOTICE REGARDING USED VEHICLES:**
The following applies only if the vehicle is a used vehicle and is not an antique vehicle as defined in the Illinois Vehicle Code or a collector motor vehicle and does not apply to a vehicle with more than 150,000 miles at the time of sale.
Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.

Attention consumer: sign here only if the Seller has told you that this vehicle has the following problem or problems and you agree to buy the vehicle on those terms:

N/A _____  N/A
Buyer Signature                    Date

N/A _____  N/A
N/A